## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALAA ELKHARWILY, M.D., | CASE NUMBER: C17-5838RBL |
| Plaintiff, | |
| v. | JUDGMENT IN A CIVIL CASE |
| FRANCISCAN HEALTH SYSLTEM, a Washington non-profit corporation, | |
| Defendant. | |

____ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT Defendant's Motion to Dismiss (Dkt 12) is GRANTED. Plaintiff's claims are DISMISSED WITH PREJUDICE and without leave to amend.

February 2, 2018              WILLIAM M. McCOOL
                              CLERK

                              *(signature)*

                              Deputy Clerk