**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

ALAA ELKHARWILY, M.D.,

      Plaintiff,

vs.

FRANCISCAN HEALTH SYSTEM, a
Washington non-profit corporation,

      Defendant.

**NOTICE OF CIVIL APPEAL**

No. C17-5838-RBL

Hon. Ronald B. Leighton, District Court Judge

Notice is hereby given that Plaintiff, Alaa Elkharwily, MD, appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment entered on February 2, 2018 [Dkt. #35, Dkt. # 36] dismissing this action without leave to amend, denying Plaintiff's motion for leave to amend, granting defendant's motion for sanctions and denying Plaintiff's motion for relief from deadline for filing reply.

Dated : February 5, 2018.

**ATTORNEY FOR PLAINTIFF**

/s *Richard T. Wylie*
Richard T. Wylie (MN ID #11912X)
222 South Ninth Street, Suite 1600
Minneapolis, MN 55402
612-337-9581
Email: rickwlaw@aol.com

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ALAA ELKHARWILY, M.D.,

        Plaintiff,

vs.

FRANCISCAN HEALTH SYSTEM, a
Washington non-profit corporation,

        Defendant.

**REPRESENTATION STATEMENT**

No. C17-5838-RBL

Hon. Ronald B. Leighton, District Court Judge

Pursuant to FRAP 12(b), the parties to this appeal and their attorneys are:

**ATTORNEY FOR PLAINTIFF/APPELLANT**

Richard T. Wylie (MN ID #11912X)
222 South Ninth Street, Suite 1600
Minneapolis, MN 55402
Tel: 612-337-9581

**ATTORNEYS FOR DEFENDANT/RESPONDENT**:

BENNETT BIGELOW & LEEDOM, P.S.
Bruce W. Megard, Jr., WSBA #27560
Erin C. Seeberger, WSBA #43809
Attorneys for Defendant
601 Union Street, Suite 1500
Seattle, WA 98101-1363
Tel: 206-622-5511

        *s/Richard T. Wylie*
        Richard T. Wylie (MN ID #11912X)
        Minneapolis, MN 55402
        Tel: 612-337-9581
        rickwlaw@aol.com
        **ATTORNEY FOR PLAINTIFF/APPELLANT**